NOVEMBER 13, 1967.

No. ——. STASSI *v.* UNITED STATES. Motion to fix place of custody of petitioner denied. *C. Anthony Friloux, Jr.,* on the motion.

No. 63. SIBRON *v.* NEW YORK. Appeal from Ct. App. N. Y. (probable jurisdiction noted, 386 U. S. 954);
No. 67. TERRY ET AL. *v.* OHIO. Sup. Ct. Ohio (certiorari granted, 387 U. S. 929); and
No. 74. PETERS *v.* NEW YORK. Appeal from Ct. App. N. Y. (probable jurisdiction noted, 386 U. S. 980). Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to participate in the oral argument, as *amicus curiae,* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Melvyn Zarr* and *Anthony Amsterdam* on the motion.

No. 528. BERGUIDO ET AL., EXECUTORS *v.* EASTERN AIRLINES, INC. C. A. 3d Cir. The Solicitor General is invited to file a brief expressing the views of the United States. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.